**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DOUGLAS C ZIEGLER | Case No. 10-24002TPA |
| LORETTA A. ZIEGLER | |
|       Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
|       Movant | Document No __ |
| vs. | |
| HUDSON & KEYSE LLC++ | |
|       Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    TRUSTEE BELIEVES THIS IS A BAD ADDRESS

| | |
|---|---|
| HUDSON & KEYSE LLC++ | Court claim# 10/Trustee CID# 6 |
| POB 1090 | |
| MENTOR, OH 44061 | |

The Movant further certifies that on 11/25/2014 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>DOUGLAS C ZIEGLER, LORETTA A. ZIEGLER, 3521 HUNTERTOWN ROAD, ALLISON PARK, PA  15101 | DEBTOR'S COUNSEL:<br>MARK B PEDUTO ESQ, PEDUTO & ASSOCIATES, 2361 HIGHLAND AVE, ALLISON PARK, PA  15101-3411 |
| ORIGINAL CREDITOR:<br>HUDSON & KEYSE LLC++, POB 1090, MENTOR, OH  44061 | |
| NEW CREDITOR: | |