**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/04/2014

IN RE:

DOUGLAS C ZIEGLER
LORETTA A. ZIEGLER
3521 HUNTERTOWN ROAD
ALLISON PARK, PA 15101
XXX-XX-5784          Debtor(s)

XXX-XX-4337

Case No.10-24002 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.
2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]
3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]
4. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]
5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]
6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and/or proofs of claim. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice. This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan). To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/4/2014

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

| | | | |
|---|---|---|---|
| DUQUESNE LIGHT COMPANY(*) C/O KRYSIA KUBIAK - ASST GEN COUNSEL411 7TH AVE - 16-1PITTSBURGH, PA 15219 | | | |
| $714.48    ACCT: 4001 | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | NT/SCH | | |
| Claim No: 1 | Monthly Payment:$0.00 | | |
| HILARY B BONIAL ESQ** BUCKLEY MADOLE PC14841 DALLAS PKWY STE 425DALLAS, TX  75254 | | | |
| $0.00    ACCT: | Percent to be paid:  0.00 | Interest Rate:0.00 | |
| NOTICE ONLY | LITTON LN/PRAE | | |
| Claim No: 2 | Monthly Payment:$0.00 | | |
| BANK OF NEW YORK MELLON C/O OCWEN LOAN SERVICING LLC(*)1661 WORTHINGTON RD STE 100WEST PALM BEACH, FL  33409-6493 | | | |
| $20,822.28    ACCT: ...1063*BGN 7/10 | Percent to be paid: 100.00 | Interest Rate:0.00 | |
| MORTGAGE REGULAR PAYMENT | BAL@28 AFTER LOAN MOD*FR LITTON LOAN-DOC 47 | | |
| Claim No: 3 | Monthly Payment:$1224.84 | | |
| DEER LAKES SD & WEST DEER TWP (EIT) C/O KEYSTONE CLLCTNS GRP-DLNQ YRS546 WENDEL RDIRWIN, PA  15642 | | | |
| $4,114.16    ACCT: 5784;03-09 | Percent to be paid: 100.00 | Interest Rate:0.00 | |
| PRIORITY CREDITOR | $PL-CL*AMDS 4 | | |
| Claim No: 4 | Monthly Payment:$0.00 | | |
| TRANSWORLD++ 300 PENN CENTER BLVD STE 600PITTSBURGH, PA  15235 | | | |
| $0.00    ACCT: ? | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | INTEGRATED MED/SCH | | |
| Claim No: 5 | Monthly Payment:$0.00 | NOT FILED | |
| HUDSON & KEYSE LLC++ POB 1090MENTOR, OH  44061 | | | |
| $13,923.83    ACCT: 5584 | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | HUDSON FUNDING/BENEFICIAL*NTC-RSV | | |
| Claim No: 6 | Monthly Payment:$0.00 | | |
| MIDLAND CREDIT MANAGEMNT INC 8875 AERO DR STE 200SAN DIEGO, CA  92123 | | | |
| $547.80    ACCT: 6398/556388 | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | NO ACCT/SCH | | |
| Claim No: 7 | Monthly Payment:$0.00 | | |
| MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE LP PO BOX 4457HOUSTON, TX  77210-4457 | | | |
| $973.23    ACCT: 0326 | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | FR CACH-DOC 27*FR CAPITAL RECOVERY III-DOC 54 | | |
| Claim No: 8 | Monthly Payment:$0.00 | | |
| CMI 4200 INTERNATIONAL PKWYCARROLLTON, TX  75007-1906 | | | |
| $0.00    ACCT: ? | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | COMCAST/SCH | | |
| Claim No: 9 | Monthly Payment:$0.00 | NOT FILED | |
| CREDIT MANAGEMENT CO 2121 NOBLESTOWN RDPITTSBURGH, PA  15205-3956 | | | |
| $0.00    ACCT: ..7249 | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | | | |
| Claim No: 10 | Monthly Payment:$0.00 | NOT FILED | |
| MIDLAND CREDIT MANAGEMNT INC 8875 AERO DR STE 200SAN DIEGO, CA  92123 | | | |
| $1,009.93    ACCT: 7105/563574 | Percent to be paid: 10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR | CREDIT ONE | | |
| Claim No: 11 | Monthly Payment:$0.00 | | |

GECAP POB 105980 DEPT 50ATLANTA, GA  30353

| | | | | |
|---|---|---|---|---|
| $0.00 | ACCT: 603220140448 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | GE CAP*NT ADR/SCH | | |
| Claim No: 12 | Monthly Payment:$0.00 | | NOT FILED |

HOUSEHOLD CREDIT SVCS POB 81622SALINAS, CA  93912-1622

| | | | |
|---|---|---|---|
| $0.00 | ACCT: VARIOUS | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | HSBC/SCH | | |
| Claim No: 13 | Monthly Payment:$0.00 | | NOT FILED |

HSBC ATTN EXCEPTIONS DEPT1301 E TOWER RDSCHAUMBURG, IL  60173

| | | | |
|---|---|---|---|
| $0.00 | ACCT: ..0930 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH | | |
| Claim No: 14 | Monthly Payment:$0.00 | | NOT FILED |

HUDSON KEYSTONE** 382 BLACK BROOK RDPAINSVILLE, OH  44077

| | | | |
|---|---|---|---|
| $0.00 | ACCT: ..3011 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | | | |
| Claim No: 15 | Monthly Payment:$0.00 | | NOT FILED |

LVNV FUNDING LLC POB 10584GREENVILLE, SC  29603-0584

| | | | |
|---|---|---|---|
| $0.00 | ACCT: VARIOUS | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH | | |
| Claim No: 16 | Monthly Payment:$0.00 | | NOT FILED |

NCO FINANCIAL SYSTEMS INC(*) 507 PRUDENTIAL RDHORSHAM, PA  19044

| | | | |
|---|---|---|---|
| $0.00 | ACCT: ..8216 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | MAGEE WMNS/SCH | | |
| Claim No: 17 | Monthly Payment:$0.00 | | NOT FILED |

NORTH STAR CAPITAL ACQUISITION C/O JEFFERSON CAPITAL SYST LLCPOB 953185ST LOUIS, MO  63195-3185

| | | | |
|---|---|---|---|
| $1,757.01 | ACCT: 2752712669 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | CAPITAL ONE | | |
| Claim No: 18 | Monthly Payment:$0.00 | | |

PRA AG FUNDING LLC C/O PORTFOLIO RECOVERY ASSOC120 CORPORATE BLVD STE 100NORFOLK, VA  23502

| | | | |
|---|---|---|---|
| $0.00 | ACCT: VARIOUS | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | | | |
| Claim No: 19 | Monthly Payment:$0.00 | | NOT FILED |

NORTH STAR CAPITAL ACQUISITION C/O JEFFERSON CAPITAL SYST LLCPOB 953185ST LOUIS, MO  63195-3185

| | | | |
|---|---|---|---|
| $1,433.46 | ACCT: 2752789060 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | CAPITAL ONE | | |
| Claim No: 20 | Monthly Payment:$0.00 | | |

SUNRISE CREDIT SERVICES INC 234 AIRPORT PLZ BLVD SFARMINGDALE, NY  11735-3917

| | | | |
|---|---|---|---|
| $0.00 | ACCT: ..0003,..0145 | Percent to be paid: 10.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | | | |
| Claim No: 21 | Monthly Payment:$0.00 | | NOT FILED |

RECOVERY MANAGEMENT SYST CORP FOR GE CAP CONSUMER CARD CO25 SE 2ND AVE STE 1120MIAMI, FL  33132

| | | | |
|---|---|---|---|
| $0.00 | ACCT: | Percent to be paid: 0.00 | Interest Rate:0.00 |
| NOTICE ONLY | WALMART/PRAE | | |
| Claim No: 22 | Monthly Payment:$0.00 | | |

| | | | |
|---|---|---|---|
| BANK OF NEW YORK MELLON C/O OCWEN LOAN SERVICING LLC(*)1661 WORTHINGTON RD STE 100WEST PALM BEACH, FL  33409-6493 | | | |
| $5,228.71          ACCT: 1063*THRU 6/10 | Percent to be paid:   100.00 | Interest Rate:0.00 | |
| PRIMARY RES MORTGAGE ARREAR  RMVD/AMD PL*PRIOR PMTS PROPER*AMD 2886.81/CL*FR LITTON-DOC 47 | | | |
| Claim No: 23          Monthly Payment:$0.00 | | | |
| PRA/PORTFOLIO RECOVERY ASSOC POB 12914NORFOLK, VA  23541 | | | |
| $502.06          ACCT: 7617 | Percent to be paid:    10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR          NT/SCH*HSBC | | | |
| Claim No: 24          Monthly Payment:$0.00 | | | |
| PRA/PORTFOLIO RECOVERY ASSOC POB 12914NORFOLK, VA  23541 | | | |
| $514.64          ACCT: 5697 | Percent to be paid:    10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR          NT/SCH*HSBC/ORCHARD | | | |
| Claim No: 25          Monthly Payment:$0.00 | | | |
| LVNV FUNDING LLC, ASSIGNEE C/O RESURGENT CAPITAL SVCSPOB 10587GREENVILLE, SC  29603-0587 | | | |
| $530.03          ACCT: 0587 | Percent to be paid:    10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR          NT/SCH | | | |
| Claim No: 26          Monthly Payment:$0.00 | | | |
| LVNV FUNDING LLC, ASSIGNEE C/O RESURGENT CAPITAL SVCSPOB 10587GREENVILLE, SC  29603-0587 | | | |
| $717.03          ACCT: 7985 | Percent to be paid:    10.00 | Interest Rate:0.00 | |
| UNSECURED CREDITOR          NT/SCH | | | |
| Claim No: 27          Monthly Payment:$0.00 | | | |
| BANK OF NEW YORK MELLON C/O OCWEN LOAN SERVICING LLC(*)1661 WORTHINGTON RD STE 100WEST PALM BEACH, FL  33409-6493 | | | |
| $0.00          ACCT: 1063*BGN 2/14 | Percent to be paid:   100.00 | Interest Rate:0.00 | |
| MORTGAGE REGULAR PAYMENT     PMT/PL-LOAN MOD*DK4LMT*BAL@3*FR LITTON*DOC 47*DKT!! | | | |
| Claim No: 28          Monthly Payment:$962.05 | | | |

TOTAL                                                                                          $52,788.65